```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MIGUEL A. BARBOSA,                  )
                                    )  Civil Action
            Plaintiff               )  No. 07-cv-1724
                                    )
      vs.                           )
                                    )
DANA CAPITAL GROUP, INC.;           )
PHOENIX LENDING GROUP, INC.;        )
TRAVIS CARTER;                      )
AMERICAN HOME MORTGAGE              )
  INVESTMENT CORP.;                 )
AMERICAN HOME MORTGAGE;             )
AMERICAN BROKERS CONDUIT;           )
AMERICAN HOME MORTGAGE              )
  SERVICING, INC.; and              )
MORTGAGE ELECTRONIC REGISTRATION    )
  SYSTEMS, INC.,                    )
                                    )
            Defendants              )
```

O R D E R

NOW, this 31st day of March, 2009, upon consideration of plaintiff's Motion for Reconsideration filed on April 11, 2008, which motion seeks reconsideration of my March 26, 2008 Order; upon consideration of plaintiff's Motion for Service by Publication Upon Defendant Travis Carter filed on April 30, 2008; and for the reasons articulated in the accompanying Opinion,

IT IS ORDERED that plaintiff's Motion for Reconsideration is granted in part and denied in part.

IT IS FURTHER ORDERED that plaintiff's Motion for Service by Publication Upon Defendant Travis Carter is denied.

IT IS FURTHER ORDERED that plaintiff's service on defendant Phoenix Lending Group, Inc. is deemed timely.

<u>IT IS FURTHER ORDERED</u> that all claims asserted in plaintiff's Complaint against defendant Travis Carter are dismissed.

<u>IT IS FURTHER ORDERED</u> that defendant Travis Carter is dismissed as a party to this action.

BY THE COURT:


<u>/s/ James Knoll Gardner    </u>
James Knoll Gardner
United States District Judge